AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

Jamal A. Middleton, Sylvia N. Middleto
*Plaintiff*s
v.
Rushmore Loan Management Services, LLC, Nationstar Mortgage, LLC, Wilmington Savings Fund, FSB, DLJ Mortgage Capital, Inc, U.S. Bank National Association, John Doe Servicing Vendors 1-10, John Doe Property Preservation Vendors 1-10, John Doe Credit Reporting Agents 1-10,
*Defendant*s

) ) ) ) ) Civil Action No. 2:26-cv-01837-DCN

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _________ recover from the defendant *(name)* _________ the amount of ________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* __________________.

■ other: This action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _______________ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____________ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding.

Date: August 12, 2026

*ROBIN L. BLUME, CLERK OF COURT*

s/H.Cornwell

*Signature of Clerk or Deputy Clerk*